1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, NORTHERN DIVISION**

| | |
|---|---|
| SUSAN STRACK, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STEVLAND MORRIS, an individual; BLACK BULL MUSIC, INC., a corporation of unknown origin; BLACK BULL MUSIC, LLC, a California limited liability company; STEVLAND MORRIS MUSIC, LLC, a California limited liability; TAURUS PRODUCTIONS, LLC, a California limited liability company; SAWANDI MUSIC, an entity of unknown form and origin; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 3:15-CV-00123-LRH-VPC**<br><br>[Assigned to the Honorable Larry R. Hicks and Magistrate Judge Valerie P. Cooke]<br><br>**STIPULATION AND ORDER TO EXTEND STAY OF CASE BY 30 DAYS** |

**STIPULATION**

Plaintiff Susan Strack, on the one hand, and Defendants Stevland Morris, Black Bull Music, Inc., Black Bull Music, LLC, Stevland Morris Music, LLC, Taurus Productions, LLC, and Sawandi Music, on the other hand (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to an extension of the stay of this case, as follows:

WHEREAS, the Parties have been working carefully and persistently to finalize a long form settlement agreement and have been in the process of reviewing and calculating payment amounts and backup accounting information received from numerous third party payors;

WHEREAS, the Parties continue to work diligently on concluding the settlement agreement and anticipate it will be signed by March 31, 2017, once the third party payment information and backup documentation has been reviewed and calculated;

WHEREAS, this case had been stayed until February 24, 2017 through the Court's order of January 26, 2017;

WHEREAS, the terms of the agreement are complex and the Parties have been actively working toward finalizing the agreement and had not intended a delay in reaching final settlement terms;

THEREFORE, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, the Parties hereby stipulate and agree, subject to the Court's approval, that the stay is extended and shall remain in place through April 1, 2017.

STIPULATED AND AGREED TO:

Dated: March 2, 2017          **LEWIS ROCA ROTHGERBER LLP**

By: _____/s/_____
    Marla Hudgens

Dated: March 2, 2017  **KATTEN MUCHIN ROSENMAN LLP**

By: ___/s/_____
      Zia Modabber

Attorneys for Defendants STEVLAND MORRIS, BLACK BULL MUSIC, INC., BLACK BULL MUSIC, LLC, STEVLAND MORRIS MUSIC, LLC, TAURUS PRODUCTIONS, INC., SAWANDI MUSIC

Dated: March 2, 2017  **HARDER MIRELL & ABRAMS LLP**

By: ___/s/_____
      Charles J. Harder

Attorneys for Plaintiff SUSAN STRACK

**O R D E R**

IT IS SO ORDERED.

DATED this 2nd day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE