# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| SUSAN STRACK, an individual<br><br>                Plaintiff,<br><br>  vs.<br><br>STEVLAND MORRIS, an individual; BLACK BULL MUSIC, INC., a corporation of unknown origin; BLACK BULL MUSIC, LLC, a California limited liability company; STEVLAND MORRIS MUSIC, LLC, a California limited liability; TAURUS PRODUCTIONS, LLC, a California limited liability company; SAWANDI MUSIC, an entity of unknown form and origin; and DOES 1 through 10, inclusive,<br><br>                Defendants. | **CASE NO.: 3:15-CV-00123-LRH-VPC**<br><br>[Assigned to the Honorable Larry R. Hicks and Magistrate Judge Valerie P. Cooke]<br><br><br>**STIPULATION AND<br>ORDER OF DISMISSAL OF THE<br>LAWSUIT** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | After long and complicated negotiations, and the much-appreciated patience of the Court, |
| 3 | Plaintiff Susan Strack, on the one hand, and Defendants Stevland Morris, Black Bull Music, Inc., |
| 4 | Black Bull Music, LLC, Stevland Morris Music, LLC, Taurus Productions, LLC, and Sawandi |
| 5 | Music, on the other hand (collectively, the "Parties"), by and through their counsel of record, hereby |
| 6 | request dismissal of the lawsuit, in its entirety, with prejudice. |
| 7 | The Parties have entered into a fully executed Settlement Agreement with an effective date of |
| 8 | July 31, 2017 ("Settlement Agreement"). |
| 9 | THEREFORE, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, the |
| 10 | Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby agree and stipulate that this |
| 11 | matter be dismissed as to all claims and cross-claims, with prejudice. Plaintiff, on the one hand, and |
| 12 | Defendants, on the other hand, shall bear their own costs and attorneys' fees. |

Dated: September 21, 2017          **HARDER MIRELL & ABRAMS LLP**

By: ____/s/____
         Charles J. Harder

Attorneys for Plaintiff SUSAN STRACK

Dated: September 21, 2017          **KATTEN MUCHIN ROSENMAN LLP**

By: ____/s/____
         Zia Modabber

Attorneys for Defendants STEVLAND MORRIS,
BLACK BULL MUSIC, INC., BLACK BULL MUSIC,
LLC, STEVLAND MORRIS MUSIC, LLC,
TAURUS PRODUCTIONS, INC., SAWANDI MUSIC

|   | **ORDER OF DISMISSAL** |
|---|---|

HAVING CONSIDERED the parties' Stipulation and [Proposed] Order of Dismissal of the Lawsuit and finding that Plaintiff Susan Strack, on the one hand, and Defendants Stevland Morris, Black Bull Music, Inc., Black Bull Music, LLC, Stevland Morris Music, LLC, Taurus Productions, LLC, and Sawandi Music, on the other hand (collectively, the "Parties") have entered into a fully executed confidential Settlement Agreement with an effective date of July 31, 2017 ("Settlement Agreement").

IT IS HEREBY ORDERED THAT all claims and cross-claims are hereby dismissed, with prejudice.

DATED this 22nd day of September, 2017.

_____
Honorable Larry R. Hicks
United States District Court Judge